UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00012 |
| v. | ) | Judge Sharp |
| | ) | |
| DEZORICK FORD [32] | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's SEALED MOTION (Docket No. 2089).

The motion is GRANTED and a change of plea hearing is hereby scheduled for Wednesday, May 21, 2014, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE