UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012 |
| v. ) | Judge Sharp |
| ) | |
| DEZORICK FORD [32] ) | |
| ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Change of Plea Hearing Date (Docket No. 2158).

The motion is GRANTED and the change of plea hearing scheduled for May 21, 2014, is hereby rescheduled for Wednesday, June 18, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE