UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012 |
| v. ) | Judge Sharp |
| ) | |
| DEZORICK FORD [32] ) | |
| ) | |

### O R D E R

Pending before the Court is Defendant's Motion to Continue Trial Sentencing Hearing (Docket No. 2322).

The motion is GRANTED and the sentencing hearing scheduled for October 9, 2014, is hereby rescheduled for Wednesday, November 12, 2014, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE